# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Jennifer Sherven, Esq.
JSherven@kaufmandolowich.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/30/2024

May 30, 2024

**VIA ECF ONLY**
District Judge Katharine H. Parker
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

05/30/2024

Re:  **Emanuel Delacruz v. Immaculata University**
     **Docket No.: 24-cv-2369 (OEM)(VMS)**

Dear Judge Parker:

This firm represents Defendant Immaculata University ("Defendant"), in the above-referenced action.

We write, jointly with Plaintiff's counsel, to report that the Parties reached a settlement in principle of the claims asserted in this action. As such, the Parties respectfully request that all deadlines, including the June 10, 2024 initial conference and the June 17, 2024 deadline to respond to the complaint, are adjourned *sine die* to enable the parties time to prepare the necessary settlement paperwork and to fully consummate the settlement. The Parties currently anticipate that the settlement paperwork will be finalized and signed within 45 days of this correspondence.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

*[signature]*

Jennifer E. Sherven

Cc:  All Counsel of Record (*via* ECF)